# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **TOMEKA RICHARDSON,** : | **CASE NO.:   1:21-CV-00498** |
| : | |
| **Plaintiff,** : | **JUDGE SUSAN J. DLOTT** |
| : | |
| **MJJ SANDWICHES, INC. D/B/A** : | |
| **SUBWAY,** : | |
| : | |
| **Defendant.** : | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules Of Civil Procedure, and upon agreement of the parties, the above-captioned matter is hereby dismissed in its entirety, including all claims raised, alleged, pled, and/or pending in such matter, with prejudice to the re-filing of the same. Each party shall bear its own Court Costs.

AGREED:

*/s/ Brianna R. Carden* (per 10-20-2021 Email auth.)
Matthew G. Bruce
Evan R. McFarland
Brianna R. Carden
The Spitz Law Firm, LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Email: Evan.McFarland@SpitzLawFinn.com
Email: Matthew.Bruce@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/ Chad E. Willits*
Chad E. Willits (0066541)
Robert W. Lotz (0098761)
REMINGER CO., LPA
525 Vine Street, Ste. 1500
Cincinnati, OH 45202
T:   (513) 455-4024
F:   (513) 721-2553
Email:   cwillits@reminger.com
*Counsel for Defendant*